# Court of Appeals
# of the State of Georgia

ATLANTA,    July 11, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2026.  DALE REED v. THE STATE.

In 1999, a jury found Dale Reed guilty of various counts of kidnaping and armed robbery and he was sentenced to life imprisonment.  On December 27, 2011, he filed a "Motion to Vacate Void Judgment of Conviction and Sentence."  In his motion, Reed argued that his indictment was deficient, that certain evidence was inadmissible, and that the grand jury was not racially diverse.  The trial court denied Reed's motion, and he filed this appeal.

A direct appeal may lie from an order denying or dismissing a motion to correct a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  A sentence is void only when the trial court imposes punishment that the law does not allow. *Jordan v. State*, 253 Ga. App. 510, 511 (1) (559 SE2d 528) (2002).

Reed does not argue that his sentence falls outside the range of punishment allowed by the sentencing statute in effect at the time of his conviction.  Accordingly, he has not raised a colorable void-sentence claim, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/11/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*